UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. CHRISTY ANN HULL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Change of Plea Hearing is set for **Tuesday, November 1, 2011, at 4:00 p.m.**

    Dated: October 18, 2011