UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. CHRISTY ANN HULL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Change of Plea hearing is **SET** for **Friday, December 2, 2011 at 11:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: November 16, 2011