IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ELI JOSEPH SHORTT,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss Count 1 of the Indictment in the above-entitled matter as to this defendant only, and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Dismiss (ECF Doc. No. 113), filed January 4, 2012, is **GRANTED.** It is further

ORDERED that Count 1 of the Indictment in the above-captioned matter as to this defendant only is dismissed.

Dated: January 9, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE